# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH DIGENOVA,**<br>          Plaintiff,<br><br>     vs.<br><br>**UNITE HERE LOCAL 274, ET AL.,**<br>          Defendants. | **CIVIL ACTION**<br><br>**NO. 16-1222** |

## O R D E R

**AND NOW**, this 6th day of June, 2016, upon consideration of the defendants UNITE HERE Local 274's and Mike Mullins' (collectively, "Defendants") motion to dismiss (ECF 4), and the plaintiff Joseph DiGenova's response thereto (ECF 5), it is hereby **ORDERED** that the motion is **GRANTED**.  The Complaint (ECF 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants request for attorneys' fees is **DENIED**.

BY THE COURT:


/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-1222 DiGenova v UNITE HERE Local 274\Order re Motion to Dismiss.docx