## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH DIGENOVA,**<br>      **Plaintiff,**<br><br>      **vs.**<br><br>**UNITE HERE LOCAL 274, ET AL.,**<br>      **Defendants.** | **CIVIL ACTION**<br><br>**NO. 16-1222** |

## O R D E R

**AND NOW**, this 24th day of August, 2016, upon consideration of plaintiff Joseph DiGenova's Motion for "Emergent Circumstance" (ECF 9), and defendants UNITE HERE Local 274's and Mike Mullins' response thereto (ECF 10), it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson (by J. Savage)

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-1222 DiGenova v UNITE HERE Local 274\Order Denying Emergent Circumstance Motion.docx